UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 2:17-MJ-8071 |
| | : | |
| v. | : | |
| | : | ORDER |
| GREGORY LEPSKY | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___5th___ day of __MAY__, 2017,

ORDERED that ___LISA MACK, AFPD___ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
LEDA D. WETTRE
United States Magistrate Judge