UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| v. | : | Mag. No. 17-8071 |
| GREGORY LEPSKY | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (James Donnelly, Assistant U.S. Attorney, appearing), and defendant GREGORY LEPSKY (Lisa Mack, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the defendant through his attorney having waived such rights and consented to the continuance; and this being the first continuance presented to the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4.      Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___9th___ day of May, 2017,

ORDERED that the proceedings in the above-captioned matter are continued from May 8, 2017 through and including July 5, 2017; and

IT IS FURTHER ORDERED that the period between May 8, 2017 through and including July 5, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. LEDA DUNN WETTRE
United States Magistrate Judge

**Lisa M. Mack** Digitally signed by Lisa M. Mack
Date: 2017.05.08 15:08:51 -04'00'
_____
Lisa Mack, Esq.
Attorney for GREGORY LEPSKY

Date: __5/9/17__

/s/ James Donnelly
AUSA James Donnelly

Dated: May 8, 2017