UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**   TRENTON                                   **DATE:** FEBRUARY 15, 2018

**JUDGE:**   MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD

<u>**DOCKET # 2:17-MJ-8071**</u>

**TITLE OF CASE:**
UNITED STATES OF AMERICA
             vs.
 GREGORY LEPSKY
             DEFENDANT PRESENT

**APPEARANCES:**
James Donnelly, AUSA and Justin Sher, Esq. for the Government
Lisa Mack, AFPD for Defendant

**NATURE OF PROCEEDINGS:**
At call for initial appearance, waiver of indictment and plea hearing.
Defendant advised of his rights, charges and penalties
Ordered deft. affirmed; deft. affirmed.
Ordered that the parties shall submit Defendant's psychiatric evaluations and any other evaluations pertinent to the Defendant's mental state by February 21, 2018.
Plea Hearing to be set upon receipt of the Defendant's evaluations.
Defendant remanded.

Time Commenced: 11:10 AM
Time Adjourned: 11:25 AM
Total Time: 15 min

s/Gina Hernandez-Buckley
**DEPUTY CLERK**